### September 7, 1999

| 21538 | Jane Doe, In re | Reversed |
|---|---|---|
| 22228 | Mayer v. Board of Dental Examiners | Affirmed |
| 22200 | State v. Kamoku | Affirmed |
| 21169 | State v. Ruiz | Affirmed |
| 22038 | State v. Tomas | Affirmed |

### September 8, 1999

| 21669 | Todd v. Modern Elec., Inc. | Vacated in part, Affirmed in part |
|---|---|---|

### September 14, 1999

| 21938 | State v. Melvin | Affirmed |
|---|---|---|

### September 16, 1999

| 21478 | Pacific Ins. Co., Ltd. v. Duffy | Affirmed |
|---|---|---|
| 20746 | Perez v. Perez | Affirmed |

### September 17, 1999

| 21554 | State v. Kahakai | Affirmed . |
|---|---|---|

### September 22, 1999

| 22100 | Dole Food Co., Inc. v. Oshiro | Affirmed |
|---|---|---|
| 21170 | State v. Ah Sing | Affirmed |

### September 30, 1999

| 21389 | Coronel v. State | Affirmed |
|---|---|---|

### October 4, 1999

| 22148 | Pitt v. Hayashida | Affirmed |
|---|---|---|

### October 5, 1999

| 21579 | Blankenship v. State | Affirmed |
|---|---|---|
| 22137 | Kreizenbeck v. State, Dept. of Human Services | Affirmed |

### October 6, 1999

| 22199 | Cedillos v. The Balloon Man | Affirmed in aprt, Reversed in part |
|---|---|---|
| 21426 | State v. Salis | Affirmed |
| 21427 | State v. Salis | Affirmed |

### October 7, 1999

| 21450 | Smith v. State | Denied |
|---|---|---|